November 22, 1978

396 A.2d 849

Checchia et al. v. Goldman (et al., Appellant), et al.

Argued September 14, 1978. Andre L. Dennis, for appellant; Leonard B. Gordon, submitted a brief for appellees, Checchia, Silverman, Theatre of the Living Arts, Inc., and S.I.T. Corp.; Donald M. Bowman, for appellees, Goldman and Berkowitz.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

OPINION PER CURIAM: Order denying appellant's petition to strike or vacate judgment affirmed.